UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 11-10066 SJO (PJWx)  **DATE:** September 6, 2012

**TITLE:** Thomas Antonio et al v. Saxon Mortgage Services Inc

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Christine Chung for Victor Paul Cruz          Not Present
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**          **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                    Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

    The Court finds the **MOTION to Strike Class Action Allegations Amended Complaint filed by Defendant Saxon Mortgage Services Inc. [30]** suitable for disposition without oral argument and vacates only the MOTION hearing set for September 10, 2012. See Fed. R. Civ. P. 78(b). An order will issue on this matter.
    The **Scheduling Conference** still REMAINS ON CALENDAR for **September 10, 2012 at 8:30 a.m.**